

Chester Vile, Darrell L. Dudley, Plaintiffs

v.

UNITED STATES, Defendant–Appellee

2016-1322

United States Court of Appeals, Federal Circuit.

October 11, 2016

BORIS FELDMAN, Wilson, Sonsini, Goodrich & Rosati, PC, Palo Alto, CA, argued for plaintiff-appellee. Also represented by ROBIN L. BREWER, STEFANI E. SHANBERG, San Francisco, CA.

MICHAEL JOHN LYONS, Morgan, Lewis & Bockius LLP, Palo Alto, CA, argued for defendant-appellant. Also represented by AHREN CHRISTIAN HSU-HOFFMAN, DAVID VINCENT SANKER, LINDSEY M. SHINN, WALTER SCOTT TESTER; THOMAS M. PETERSON, San Francisco, CA.

(Newman, Lourie, and Dyk, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

GERALD CUNNINGHAM, Law Office of Gerald Cunningham, Pensacola Beach, FL, argued for plaintiffs-appellants.

ALISON VICKS, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JAMES R. SWEET, BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., FRANKLIN E. WHITE, JR.

(Newman, Clevenger, and Dyk, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Ronald L. CARAWAY, William T. Cliatt, John W. Dennis, Paul A. Diffenderfer, Jerry Dreadon, Dennis Zondervan, Joel A. Forrest, Harold R. Gausman, Stephen C. Harless, Billy Joyce, Steven W. Kimsey, Steven M. McCollum, Tilton C. Meuninck, Frances A. Mulkey, Alan B. Nesbitt, Thomas W. Roberts, Bradley G. Robinson, David E. Stenner, John R. Stiers, Jeffrey F. Van Huss, Plaintiffs–Appellants